IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DIVINIA L. HOWARD                                                               PLAINTIFF

        v.                       CIVIL NO. 2:16-cv-2101-MEF

NANCY A. BERRYHILL,                                           DEFENDANT
Commissioner of Social Security Administration[1]

## FINAL JUDGMENT

This cause is before the court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her applications for Disability Insurance Benefits and Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law, and the parties having waived oral argument, finds as follows, to-wit:

For the reasons announced by the court on the record on April 26, 2017, the court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED this the 27th day of April 2017.

                                                /s/ **Mark E. Ford**
                                                HON. MARK E. FORD
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).